Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

08 APR 29 PM 1:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

STEPHEN J. LERCEL, Jr., an individual,

vs

BIZJET INTERNATIONAL, a business entity form unknown, BIZJET INTERNATIONAL SALES & SUPPORT, INC., a Corporation, LUFTHANSA TECHNICK TULSA CORPORATION, a Corporation, and PETER DUBOIS, an Individual, and DOES 1 through 25, Inclusive

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0777 JM CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jason A. Rodenbo, Esq.
402 West Broadway, Ste. 400
San Diego, CA 92101
(619) 321-6950

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

4/29/08
DATE

By C. PUETMANN Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)