Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED
08 JUL 14 PM 12:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Ecw DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

STEPHEN J. LERCEL, Jr., an individual,

vs

BIZJET INTERNATIONAL, a business entity form unknown, BIZJET INTERNATIONAL SALES & SUPPORT, INC., a Corporation, LUFTHANSA TECHNICK TULSA CORPORATION, a Corporation, And DOES 1 through 10, Inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0777 JM CAB

First Amended Complaint

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jason A. Rodenbo, Esq.
402 W. Broadway
Suite 400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

JUL 14 2008 — DATE

By SEAL S. LLOYD, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)