ORIGINAL

FILED

2008 AUG -1 PM 2:33

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

VIA FAX

KIRSTIN E. MULLER (SBN 186373)
kmuller@cdhklaw.com
KIMBERLY G. BRENER (SBN 244531)
kbrener@cdhklaw.com
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA 90404
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendants
BIZJET INTERNATIONAL SALES & SUPPORT, INC. (erroneously also served and sued as BizJet International) and LUFTHANSA TECHNIK TULSA CORPORATION (erroneously served and sued as Lufthansa Technick Tulsa Corporation)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN J. LERCEL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>BIZJET INTERNATIONAL, a business Entity form unknown, BIZJET INTERNATIONAL SALES & SUPPORT, INC., a Corporation, LUFTHANSA TECHNICK TULSA CORPORATION, a Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08 CV 0777 JM CAB<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |





CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

The undersigned, counsel of record for Defendants BIZJET INTERNATIONAL SALES & SUPPORT, INC. and LUFTHANSA TECHNIK TULSA CORPORATION, certifies, pursuant to U.S. District Court, Southern District of California Local Rule 40.2 that the following listed party is a parent corporation. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Lufthansa Technik

Dated: August 1, 2008

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: [signature]
Kirstin E. Muller
Kimberly G. Brener

Attorneys for Defendants BIZJET INTERNATIONAL SALES & SUPPORT, INC. (erroneously also served and sued as BizJet International) and LUFTHANSA TECHNIK TULSA CORPORATION (erroneously served and sued as Lufthansa Technick Tulsa Corporation)

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2425 Olympic Boulevard, Suite 550 East Tower, Santa Monica, California 90404. On August 1, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

☐ by transmitting **via facsimile** on this date from fax number (310) 255-0986 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Santa Monica, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On August 1, 2008, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

Thomas M. Diachenko, Esq.
Law Offices of Thomas M. Diachenko, APC
1010 Second Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 699-5870
Facsimile: (619) 699-5871

Jason A. Rodenbo, Esq.
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 321-6950
Facsimile: (619) 535-3150

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on August 1, 2008 at Santa Monica, California.

Robbin DeRuise

Robbin T. DeRuise

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA