KIRSTIN E. MULLER (SBN 186373)
kmuller@cdhklaw.com
KIMBERLY G. BRENER (SBN 244531)
kbrener@cdhklaw.com
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA 90404
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendants
BIZJET INTERNATIONAL SALES & SUPPORT, INC. (erroneously also served and sued as BizJet International) and LUFTHANSA TECHNIK TULSA CORPORATION (erroneously served and sued as Lufthansa Technick Tulsa Corporation)

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN J. LERCEL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>BIZJET INTERNATIONAL, a business Entity form unknown, BIZJET INTERNATIONAL SALES & SUPPORT, INC., a Corporation, LUFTHANSA TECHNICK TULSA CORPORATION, a Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08 CV 0777 JM CAB<br><br>**JOINT MOTION FOR RESCHEDULING OF EARLY NEUTRAL EVALUATION CONFERENCE** |

In accordance with Local Rules 7.2 and 16.1(f), Plaintiff Stephen J. Lercel, Jr. and Defendants BizJet International Sales & Support, Inc. (erroneously also served and sued as BizJet International) and Lufthansa Technik Tulsa Corporation (erroneously served and sued as Lufthansa Technick Tulsa Corporation), hereby stipulate as follows:

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

WHEREAS, this matter is currently scheduled to come before the Court on September 8, 2008 at 10 a.m. for an Early Neutral Evaluation Conference; and

WHEREAS, lead counsel for Defendants is unavailable due to a previously scheduled vacation that falls on the same date as the Early Neutral Evaluation Conference; and

WHEREAS, the parties have conferred and both are available to attend the Early Neutral Evaluation on September 15, 2008 or September 23, 2008.

The parties hereby STIPULATE and respectfully request that the Court reschedule the Early Neutral Evaluation, currently scheduled for September 8, 2008 at 10 a.m. to either September 15, 2008 or September 23, 2008 at 10 a.m.

**SO STIPULATED:**

LAW OFFICES OF
THOMAS M. DIACHENKO, APC

Dated: August _____, 2008

By:______________________________
Thomas M. Diachenko

Attorney for Plaintiff Stephen J. Lercel, Jr.

Dated: August _____, 2008

By:______________________________
Jason A. Rodenbo, Esq.

Attorney for Plaintiff Stephen J. Lercel, Jr.

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP

Dated: August 27, 2008

By: [signature]
Kirstin E. Muller
Kimberly G. Brener

Attorneys for Defendants
BIZJET INTERNATIONAL SALES & SUPPORT, INC. (erroneously also served and sued as BizJet International) and LUFTHANSA TECHNIK TULSA CORPORATION (erroneously served and sued as Lufthansa Technick Tulsa Corporation)

WHEREAS, this matter is currently scheduled to come before the Court on September 8, 2008 at 10 a.m. for an Early Neutral Evaluation Conference; and

WHEREAS, lead counsel for Defendants is unavailable due to a previously scheduled vacation that falls on the same date as the Early Neutral Evaluation Conference; and

WHEREAS, the parties have conferred and both are available to attend the Early Neutral Evaluation on September 15, 2008 or September 23, 2008.

The parties hereby STIPULATE and respectfully request that the Court reschedule the Early Neutral Evaluation, currently scheduled for September 8, 2008 at 10 a.m. to either September 15, 2008 or September 23, 2008 at 10 a.m.

**SO STIPULATED:**

LAW OFFICES OF
THOMAS M. DIACHENKO, APC

Dated: August ______, 2008

By: ______________________
Thomas M. Diachenko
Attorney for Plaintiff Stephen J. Lercel, Jr.

Dated: August 27, 2008

By: ______________________
Jason A. Rodenbo, Esq.
Attorney for Plaintiff Stephen J. Lercel, Jr.

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP

Dated: August ______, 2008

By: ______________________
Kirstin E. Muller
Kimberly G. Brener

Attorneys for Defendants
BIZJET INTERNATIONAL SALES & SUPPORT, INC. (erroneously also served and sued as BizJet International) and LUFTHANSA TECHNIK TULSA CORPORATION (erroneously served and sued as Lufthansa Technik Tulsa Corporation)

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

WHEREAS, this matter is currently scheduled to come before the Court on September 8, 2008 at 10 a.m. for an Early Neutral Evaluation Conference; and

WHEREAS, lead counsel for Defendants is unavailable due to a previously scheduled vacation that falls on the same date as the Early Neutral Evaluation Conference; and

WHEREAS, the parties have conferred and both are available to attend the Early Neutral Evaluation on September 15, 2008 or September 23, 2008.

The parties hereby STIPULATE and respectfully request that the Court reschedule the Early Neutral Evaluation, currently scheduled for September 8, 2008 at 10 a.m. to either September 15, 2008 or September 23, 2008 at 10 a.m.

**SO STIPULATED:**

LAW OFFICES OF
THOMAS M. DIACHENKO, APC

Dated: August 27, 2008

By: ______________________
Thomas M. Diachenko

Attorney for Plaintiff Stephen J. Lercel, Jr.

Dated: August _____, 2008

By: ______________________
Jason A. Rodenbo, Esq.

Attorney for Plaintiff Stephen J. Lercel, Jr.

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP

Dated: August _____, 2008

By: ______________________
Kirstin E. Muller
Kimberly G. Brener

Attorneys for Defendants
BIZJET INTERNATIONAL SALES & SUPPORT, INC. (erroneously also served and sued as BizJet International) and LUFTHANSA TECHNIK TULSA CORPORATION (erroneously served and sued as Lufthansa Technick Tulsa Corporation)

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2425 Olympic Boulevard, Suite 550 East Tower, Santa Monica, California 90404. On August 28, 2008, I served the following document(s) by the method indicated below:

**JOINT MOTION FOR RESCHEDULING OF EARLY NEUTRAL EVALUATION CONFERENCE**

☑ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Santa Monica, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Thomas M. Diachenko, Esq.
Law Offices of Thomas M. Diachenko, APC
1010 Second Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 699-5870
Facsimile: (619) 699-5871

Jason A. Rodenbo, Esq.
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 321-6950
Facsimile: (619) 535-3150

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on August 28, 2008 at Santa Monica, California.

Grace A. Gonzales

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA