UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. LERCEL, JR.,<br><br>         Plaintiff,<br><br>   v.<br><br>BIZJET INTERNATIONAL, et al.,<br><br>         Defendants. | Civil No. 08cv777 JM (CAB)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br>**[Doc. No. 9.]** |

  On August 4, 2008, this Court ordered an Early Neutral Evaluation conference to be held on September 8, 2008, at 10:00 a.m. On August 28, 2008, the parties submitted a joint motion to continue the Early Neutral Evaluation conference. The joint motion is **DENIED**. However, good cause appearing, the conference is converted to a <u>telephonic</u>, <u>attorneys only</u> conference. Counsel for Plaintiff shall coordinate and initiate the call.

  **IT IS SO ORDERED**.

DATED: August 28, 2008

                         _____
                         **CATHY ANN BENCIVENGO**
                         United States Magistrate Judge