# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. LERCEL, JR.,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>BIZJET INTERNATIONAL, a business entity form unknown, BIZJET INTERNATIONAL SALES & SUPPORT, INC., a Corporation, LUFTHANSA TECHNICK TULSA CORPORATION, a Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08 CV 0777 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AS TO DEFENDANT LUFTHANSA TECHNIK TULSA CORPORATION**<br><br>Doc. No. 15 |

　　　Plaintiff, Stephen J. Lercel, Jr., filed his complaint April 29, 2008, bringing various claims related to termination of his employment with Defendants. Doc. No. 1. On October 16, 2008, the parties filed a joint motion to dismiss without prejudice Defendant Lufthansa Technik Tulsa Corporation, erroneously served and sued as Lufthansa Technick Tulsa Corporation, pursuant to Fed. R. Civ. Pro. 41. Doc. No. 15. Good cause showing, the joint motion to dismiss is **GRANTED**.

　　　**IT IS SO ORDERED.**

DATED: October 23, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge