**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN J. LERCEL, JR., an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>BIZJET INTERNATIONAL, a business Entity form unknown, BIZJET INTERNATIONAL SALES & SUPPORT, INC., a Corporation, LUFTHANSA TECHNICK TULSA CORPORATION, a Corporation, And DOES 1 through 10, Inclusive,<br><br>   Defendants. | **CASE NUMBER: 08 CV 0777 JM CAB**<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>Doc. No. 20 |

IT IS HEREBY APPROVED by this Court, having read the joint motion (Doc. No. 20) signed by all counsel, that Plaintiff STEPHEN J. LERCEL, JR. be allowed to file the Second Amended Complaint pursuant to said Stipulation. The Clerk of Court is instructed to file the Second Amended Complaint (Doc. No. 20, Ex. A) to be accepted nunc pro tunc to November 17, 2008.

**IT IS SO ORDERED.**

Dated: November 17, 2008

JEFFREY T. MILLER
United States District Court Judge

- 1 -

08cv0777