# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT

| | |
|---|---|
| STEPHEN J. LERCEL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BIZJET INTERNATIONAL, a business Entity form unknown, BIZJET INTERNATIONAL SALES & SUPPORT, INC., a Corporation, LUFTHANSA TECHNICK TULSA CORPORATION, a Corporation and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 08 CV 0777 JM CAB <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** <br><br> Doc. No. 29 |

On April 9, 2009, the parties filed a joint motion to dismiss with prejudice the above-captioned action, in its entirety. Having reviewed the motion to dismiss, the court hereby **GRANTS** the joint motion and **DISMISSES** the above-captioned action, in its entirety, with prejudice. Each party will bear his, or its, own attorneys' fees and costs of suit. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

Dated:   April 10, 2009

_____
Honorable Jeffrey T. Miller
United States District Court Judge

ORDER RE: JOINT MOTION FOR DISMISSAL
CASE NO. 08 CV 0777 JM CAB